1  QUIN DENVIR, Bar #49374
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GUSTAVO GOMEZ PONCE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:05-mj-00183
                                     )
12              Plaintiff,           )   *EX PARTE* REQUEST FOR PERMISSION TO
                                     )   TRAVEL TO ROSARITO, MEXICO;
13       v.                          )   DECLARATION OF COUNSEL;
                                     )    ORDER
14  GUSTAVO GOMEZ PONCE,             )
                                     )
15              Defendant.           )   Honorable Lawrence J. O'Neill
                                     )
16  _____)

17

18       Defendant, Gustavo Gomez-Ponce, hereby requests authorization from this court to travel from

19  Temecula, California, to Rosarito, Mexico, for one day, and on a second occasion to be about 15 days

20  after the first trip.  The need for this travel arises because Mr. Gomez-Ponce is having some wrought-

21  iron gates built and he needs to travel to the shop that is building these gates in order to check and

22  supervise the progress of the work.  He needs to make two trips.  These gates were designed by

23  Mr. Gomez-Ponce, and he feels that his participation is necessary in order for the work to be done

24  correctly.  Attached to this request is a letter from Mr. Gomez-Ponce and his wife.

25       Mr. Gomez-Ponce is scheduled to appear in court on January 27, 2006.  As set forth in the

26  attached Declaration of Counsel, Pretrial Services Officer Monte Olson does not oppose this request to

27  travel, nor does Virna Santos, the assigned Assistant U. S. Attorney.  Mr. Gomez-Ponce is asking the

28  court to authorize him to make two trips to Rosarito, Mexico, each to be concluded within one day,

1   pursuant to such conditions as Pretrial Services Officer Monte Olson may set.  In this manner, the

2   details of exactly when Mr. Gomez-Ponce would travel and return could be dictated by Mr. Olson, his

3   Pretrial Services Officer.

4        DATED: December 7, 2005

5                       Respectfully submitted,

6                       QUIN DENVIR
                    Federal Defender

7

8

                    /s/Victor M. Chavez for Francine Zepeda

9                       FRANCINE ZEPEDA
                    Counsel for Defendant

10                      GUSTAVO GOMEZ-PONCE

11

12

13

14

15

16  **<u>DECLARATION OF VICTOR M. CHAVEZ</u>**

17       I, Victor M. Chavez, hereby declare as follows:

18       1.  I am an Assistant Federal Defender employed in the Eastern District of California.

19       2.  This case is assigned to Assistant Federal Defender Francine Zepeda.  I have made inquiries

20  on behalf of Mr. Gomez-Ponce because his attorney, Ms. Zepeda, is out on medical leave.

21       3.  On December 1, 2005, I spoke to Mr. Olson of Pretrial Services.  Mr. Olson indicated that he

22  has no objection to Mr. Gomez-Ponce's request to travel to Rosarito, Mexico.  He simply needs the

23  court to authorize such travel in order to work out the details of such a trip.

24       4.  On December 7, 2005, I telephoned Assistant U.S. Attorney Virna Santos regarding this

25  request.  I left a message for her on her VoiceMail.  On the morning of December 7, 2005, I received a

26  call back from Ms. Santos.  She left me a VoiceMail indicating that she had no objection to Mr. Gomez-

27  Ponce's request.

28

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon       2

1    5.  The letter from Mr. Gomez-Ponce and his wife contains an attachment setting forth the name

2    and address of the business that is making his gates.

3    I declare under penalty of perjury under the laws of the United States that the foregoing is true

4    and correct.  This declaration is executed on December 7, 2005, at Fresno, California.

5

6                                                          /s/ Victor M. Chavez
                                                         VICTOR M. CHAVEZ, Declarant
7

8                              [Original signature maintained in file
                                   of Francine Zepeda.]
9

10

11

12

13                              **ORDER**

14    The court hereby authorizes Gustavo Gomez-Ponce to travel two times to Rosarito, Mexico, for

15    one day on each trip, under such directions and stipulations as his Pretrial Services Officer may set.

16

17

18                                        IT IS SO ORDERED.
19
     **Dated:    December 12, 2005                     /s/ Sandra M. Snyder**
20   icido3                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                    3